

# NUMBER 13-09-00118-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

LEXINGTON INSURANCE COMPANY,                                        Appellant,

v.

PENN OCTANE CORPORATION, ET AL.,                                   Appellees.

### On appeal from the 138th District Court
### of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellant, Lexington Insurance Company, perfected an appeal from a judgment entered by the 138th District Court of Cameron County, Texas, in cause number 2008-01-0343-B. The parties have filed a joint motion to dismiss the appeal on grounds the parties have entered into a settlement. The parties request that this Court dismiss the appeal with prejudice.

The Court, having considered the documents on file and the parties' joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED WITH PREJUDICE. The parties have further asked that we assess no costs against either party. We assume they mean that costs are to be taxed to the party incurring same, as no party is indigent. *See id.* at 43.4 (judgment for costs in civil cases). The request is granted. Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
8th day of July, 2010.